UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1202

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JEFFERY LYNN LESANE | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the criminal complaint pending against the above-captioned defendant, without prejudice, in that, the defendant is currently admitted at the Cape Fear Valley Hospital, in Fayetteville, North Carolina. Pursuant to law enforcement agents' conversations with the defendant's physician, the defendant's current physical condition prohibits any transportation for court proceedings, or otherwise, both now and for the foreseeable future.

GEORGE E.B. HOLDING
United States Attorney

BY: /s/ Brian S. Meyers
BRIAN S. MEYERS
Assistant United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: 919-856-4035
Fax: 919-856-4487
Email:brian.s.meyers@usdoj.gov
NC State Bar No. 32837

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 4/7/2011

ROBERT B. JONES JR.
UNITED STATES MAGISTRATE JUDGE